UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETRODOME ENERGY, LLC and PETORDOME LIBERTY, LLC | § § § | |
| v. | § § § § | CIVIL ACTION NO. 3:19-CV-1217-S |
| GEMINI INSURANCE COMPANY | | |

### ORDER

The parties have advised the Court that a case arising out of substantially similar facts is pending before Hon. Sam A. Lindsay in the United States District Court for the Northern District of Texas. Accordingly, this case is abated and administratively closed pending the resolution of *Gemini Insurance Company v. Choice Exploration Inc.*, No. 3:18-cv-1393-L, without prejudice to it being reopened upon a motion by any party or to enter a judgment.

**SO ORDERED.**

SIGNED July 19, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE